In the Matter of the Application of William Cohen, a Deputy Sheriff, to Strike from the Register of Electors of the Town of Kingston, in the County of Ulster, in the State of New York, the Names of Hazel Burton and Others, Pursuant to the Provisions of Section 331 of the Election Law.* ▬ Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. This court, in deciding this case,█ did not consider the oral testimony taken at the hearing before this court. McNamee, J., not sitting.

In the Matter of the Claim of Daniel D. Le Fevre, Respondent, against Village of Newark and Another, Appellants. State Industrial Board, Respondent.— Award reversed, and claim dismissed, with costs against the State Industrial Board, on the authority of Matter of Renouf v. New York Central Railroad Co. (254 N. Y. 349). All concur.

In the Matter of the Claim of Jesse Boyle, Respondent, against Broadway Realty Corporation and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Lida Mulholland, Respondent, against Grant & Fennel, Employer, and Mutual Casualty Insurance Company, Appellant. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Isidore Dulman, Respondent, against Morris White, Inc., and Another, Appellants. State Industrial Board, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Mary McCullom, Respondent, against Rickborn & Myers and Another, Appellants. State Industrial Board, Respondent. — Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the deceased employee did not suffer an accidental injury, and on the authority of Jeffreyes v. Sager Co. (198 App. Div. 446; affd., 233 N. Y. 535); Matter of Lerner v. Rump Bros. (241 id. 153); Rosenthal v. National Aniline & Chemical Co. (216 App. Div. 588); O'Connell v. Adirondack Electric Power Corp. (193 id. 582, 585). All concur.

In the Matter of the Claim of Giuseppa Bella, Respondent, against Steamship Terminal Operating Corporation, Appellant. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Ricardo Rivas, Respondent, against Peckham Road Corporation, Appellant. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.